**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Max F. Stovall and Max F. Stovall, P.C.

Appellate case number:      01-19-00192-CV

Trial court case number:      2017-34723

Trial court:      133rd District Court of Harris County

Relators, Max F. Stovall and Max F. Stovall, P.C., have filed a petition for writ of mandamus challenging the trial court's March 5, 2019 order (1) denying Relators' motion for protective order and (2) ordering Relators to provide a copy of the order, within 5 days, to JP Morgan Chase Bank with instructions to produce certain requested account records. In conjunction with the petition, Relators have filed a motion requesting a temporary stay of the trial court's order pending this Court's resolution of the petition.

Relator's motion for a temporary stay of the trial court's order is **granted** and it is ordered that the trial court's March 5, 2019 order in the above-referenced trial court cause is stayed. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. *See id*. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is further ordered that the real parties in interest file their response, if any, to relator's petition for writ of mandamus by no later than **April 11, 2019**.


It is so ORDERED.


Judge's signature: _____/s/ Justice Sarah B. Landau_
                               Acting individually


Date: _March 20, 2019___